### CERTIFIED COPY OF RESOLUTION OF THE BOARD OF DIRECTORS AUTHORIZING THE FILING OF PETITION FOR REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

RESOLVED:  Whereas **Norfe Group Corp** (the "Partnership") is unable to meet its obligations as they mature; and

Whereas, creditors have undertaken and/or are threatening to undertake steps to obtain possession of the Corporation's assets; Now therefore,

Be it resolved that a Petition in Proceedings under Chapter 11 of the Bankruptcy Code be filed by the Partnership and that David Efron, Esq., be and hereby is authorized to execute on behalf of the Partnership and for it all the necessary documents for the filing of a Petition under Chapter 11 of the Bankruptcy Code; and be it further resolved;

That David Efron, be and hereby authorized to pay unto the Clerk of the Court all necessary filing fees required by law by the Partnership or in its behalf, and be it further resolved;

That Charles A. Cuprill P.S.C. Law Offices and Charles A. Cuprill-Hernández, Esq. be employed to act as counsel for the Partnership in such bankruptcy proceeding.

The undersigned hereby certifies that he is the Secretary of the Partnership, and that the above is a true and correct copy of a resolution adopted by its Board of Directors at a duly constituted meeting held on the 18th of January, 2016, in accordance with its corporate regulations; that quorum was present at said meeting; that said resolution has not been revoked, modified, annulled or amended in any manner whatsoever.

In witness hereof, I have hereunto set my hand and affixed the seal of said corporation this 20th day of January, 2016.

**IVÁN HERNÁNDEZ ALVAREZ**
**ACTING SECRETARY**

*Certified Copy of Partnership Resolution*
Page - *2* –

I, Iván Hernández Alvarez, acting secretary of **Norfe Group Corp** of legal age, single, and resident of Guaynabo, Puerto Rico, do hereby certify under penalty of perjury, that the statements contained in the foregoing document are true according to the best of my knowledge, information and belief.

San Juan, Puerto Rico, this 20th day of January, 2016.

**IVÁN HERNÁNDEZ ALVAREZ**
**ACTING SECRETARY**